FIRE DEPARTMENT OF NEW YORK, *Respondent*, *v.* JAMES H. MOR-ROW, *Appellant*.— Order reversed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

ELBERT S. JEMISON and others, *Appellants*, *v.* THE CITIZENS' SAVINGS BANK OF JEFFERSON, TEXAS, *Respondent*.–- Order reversed, without costs. Opinions by DAVIS, P. J., and BRADY, J.

SAMUEL H. RANDALL, *Respondent*, *v.* EMELYN P. CARPENTER, *Appellant*. — Orders on both appeals affirmed, without costs to either party.

SAMUEL BARON, *Respondent*, *v.* JACOB C. COHN, *Appellant*, *impleaded, etc.*—Order modified as directed in opinion, and affirmed as modified, without costs of appeal.

EUGENIA ROCHE, *Respondent*, *v.* FRANCIS J. MOISSEN, *Appellant*.

SAME *v.* SAME.— Orders affirmed, with costs to abide event.

IN THE MATTER OF THE GUARANTY COMPANY OF NORTH AMERICA.— Petition granted.

IN THE MATTER OF THE FIDELITY AND CASUALTY COMPANY.—Petition granted.

IN THE MATTER OF WILLIAM LEONARD.

IN THE MATTER OF A. WARWICK, TO VACATE ASSESSMENT, ETC.— Orders affirmed. See opinion *Per Curiam*.

IN THE MATTER OF CORNELIA A. GILMAN. — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.